THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 AUG 19 PM 2:20
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CHAPTER 13
) CASE NO: 06-50206
TAMRA J DIXON )
DARRELL R DIXON SR ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   TAMRA J DIXON & DARRELL R DIXON SR
   Check No. 746203
   Claim #999 – Debtor Refund

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $177.70 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

   ck # 758118
   receipt # 81703

Date: 8/18/2010

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| TAMRA J DIXON<br>200 OWOSSO<br>FAIRLAWN, OH 44333<br>(Via Regular Mail) | DARRELL R DIXON SR<br>200 OWOSSO<br>FAIRLAWN, OH 44333<br>(Via Regular Mail) |

RONALD R STANLEY ESQ (via ECF)

TAMRA J DIXON
200 OWOSSO
FAIRLAWN, OH 44333
(via Regular Mail)

Date of Service: **8/18/2010**    By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com